IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  09-cv-00527-JLK-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

$9,578.55 SEIZED FROM WELLS FARGO ACCOUNTS,
$17,285.02 SEIZED FROM US BANK ACCOUNT,
$675.25 SEIZED FROM BANK OF THE WEST ACCOUNT,
$2,954.55 SEIZED FROM WASHINGTON MUTUAL ACCOUNT,
$7,299.15 SEIZED FROM COMPASS BANK ACCOUNT,
$1,900.00 IN U.S. CURRENCY SEIZED FROM 200 CLAYTON STREET UNIT 2,
$15,000.00 SEIZED FROM U.S. COURT REGISTRY,
$802.25 SEIZED FROM GREG MONTGOMERY,
$4,000.00 SEIZED FROM GREG MONTGOMERY,
ARTWORK SEIZED FROM 200 CLAYTON STREET UNIT 2,
ELECTRONIC EQUIPMENT SEIZED FROM 200 CLAYTON STREET UNIT 2,
JEWELRY SEIZED FROM 200 CLAYTON STREET UNIT 2,

Defendants.

_____

**ORDER**
_____

This matter arises on the following:

(1)     **United States' Motion to Withdraw Amended Motion for Clerk's Entry of Default Solely Against Sam Orozco** [Doc. # 29, filed 9/17/2009] (the "First Motion to Withdraw"); and

(2)     **United States' Motion to Withdraw Amended Motion for Clerk's Entry of Default Solely Against Beatriz Munoz Carillo** [Doc. # 30, filed 9/17/2009] (the "Second Motion to Withdraw").

IT IS ORDERED that the First Motion to Withdraw is GRANTED, and the United

States' **Amended Motion for Clerk's Entry of Default Solely Against Sam Orozco** [Doc. # 27] is DENIED as withdrawn.

IT IS FURTHER ORDERED that the Second Motion to Withdraw is GRANTED, and the United States' **Amended Motion for Clerk's Entry of Default Solely Against Beatriz Munoz-Carillo** [Doc. # 28] is DENIED as withdrawn.

Dated September 18, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge